UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:21-mj-1087-AEP | DATE: | January 29, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| | | LANGUAGE: | |
| UNITED STATES OF AMERICA | | GOVERNMENT COUNSEL | Dan George, AUSA |
| v. | | | |
| MICHAEL STEPAKOFF | | DEFENSE COUNSEL | Rick Terrana, Esq. (Ret) |
| **COURT REPORTER:** DIGITAL | | DEPUTY CLERK: | Caleb Houston |
| TIME | 2:24 PM to 2:40 PM | TOTAL: 16 min | PRETRIAL | Amy Jackson |
| | | | COURTROOM: | 10A |

**PROCEEDINGS: Removal hearing, Rule 5 (District of Columbia)**

Defendant provided with a copy of COMPLAINT

ARREST DATE:   January 29, 2021

Court summarized rights and charges.

Identity hearing waived.

Bond Hearing held.

Bond:  Government: not seeking detention. Adopt recommendations as noted by pretrial services.
       Defendant: seeking release.

Court:   Standard conditions:   defendant to appear in court in accordance with all notices; travel restrict to the Middle District of Florida and the District of Columbia; reside at current residence and cannot move without prior court approval; cannot commit another crime.

Special conditions: report to pretrial as directed. $25,000.00 Signature Bond, cannot possess firearms. Surrender passport to Pretrial Services by 2/1/21 5pm. Restricted travel to District of Columbia only for the purpose of this case. Appear for Video Conference before District of Columbia on 2/4/21.

Oral Order for Due Process pronounced.

Order of Release w/ conditions to be entered.

Defendant is released.